# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
J&J METAL PROCESSING, INC.,　　　　§　　Case No. 15-26857 DRC
§
　　　　　　　Debtor　　　　　　　　§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/06/2015. The undersigned trustee was appointed on 08/06/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of　　　　$　　　33,229.56

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4,827.72 |
| Bank service fees | 468.84 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　　　　$ | 27,933.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was 11/18/2015 and the deadline for filing governmental claims was 02/02/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,072.96 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,072.96 , for a total compensation of $ 4,072.96 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.79 , for total expenses of $ 6.79 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/20/2016     By: /s/GINA B. KROL
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 15-26857   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | J&J METAL PROCESSING, INC., | Date Filed (f) or Converted (c): | 08/06/15 (f) |
| | | 341(a) Meeting Date: | 09/01/15 |
| For Period Ending: | 09/20/16 | Claims Bar Date: | 11/18/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MB Financial Checking Account | 6,000.00 | 11,727.47 | | 11,727.47 | FA |
| 2. Chase Checking | 2,000.00 | 2,000.00 | | 2,199.59 | FA |
| 3. Security Deposit | Unknown | 0.00 | | 0.00 | FA |
| 4. A/R | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT | 1,000.00 | 535.00 | | 535.00 | FA |
| 6. Fork Lift | 2,000.00 | 3,000.00 | | 3,000.00 | FA |
| 7. MACHINERY  18 inch slitting line, 36 inch slitting ine, 18,000 lb floor scale & mis supplies | 50,000.00 | 15,767.50 | | 15,767.50 | FA |
| TOTALS (Excluding Unknown Values) | $68,000.00 | $40,029.97 | | $33,229.56 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is reviewing records for preferences and fraudulent conveyances

Trustee requested a/r back up and balance in bank account.

Trustee sold personal property.

October 08, 2015, 03:18 pm

Initial Projected Date of Final Report (TFR): 12/31/16      Current Projected Date of Final Report (TFR): 12/31/16

/s/   GINA B. KROL

_____   Date: 09/20/16

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 15-26857    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | J&J METAL PROCESSING, INC., | Date Filed (f) or Converted (c):    08/06/15 (f) |
| | | 341(a) Meeting Date:    09/01/15 |
| | | Claims Bar Date:    11/18/15 |

GINA B. KROL

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-26857 -DRC | Trustee Name: GINA B. KROL |
| Case Name: J&J METAL PROCESSING, INC., | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******7798 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******9714 | |
| For Period Ending: 09/20/16 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/15 | 1 | MB Financial Bank<br>800 W. Madison Street<br>Chicago, IL 60607 | Checking Account | 1129-000 | 11,727.47 | | 11,727.47 |
| 10/01/15 | 5, 6, 7 | American Auction Associates, Inc.<br>508 W. Brittany Drive<br>Arlington Heights, IL 60004 | Auction Proceeds | 1129-000 | 19,302.50 | | 31,029.97 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 31,019.97 |
| 10/15/15 | 030001 | Greenleaf 940 SRG, LLC<br>c/o Gerald B. Lurie<br>203 N. LaSalle Street<br>15th Floor<br>Chicago, IL 60601 | Post Petition Rent | 2410-000 | | 1,000.00 | 30,019.97 |
| 11/04/15 | 030002 | Tom Mowery<br>AMERICAN AUCTION ASSOCIATES<br>460 Irmen Drive<br>Addison, IL 60101 | Auctioneer's Expenses | 3620-000 | | 3,811.76 | 26,208.21 |
| 11/05/15 | 2 | J & J Metal Processing Inc. | Close Chase Account | 1129-000 | 2,199.59 | | 28,407.80 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.82 | 28,361.98 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.85 | 28,320.13 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.10 | 28,278.03 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.04 | 28,235.99 |
| 02/18/16 | 030003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 15.96 | 28,220.03 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.26 | 28,180.77 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.90 | 28,138.87 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.49 | 28,098.38 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.77 | 28,056.61 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.37 | 28,016.24 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-26857 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | J&J METAL PROCESSING, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7798 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9714 | | |
| For Period Ending: | 09/20/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.65 | 27,974.59 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.59 | 27,933.00 |

```
        Account *******7798       Balance Forward           0.00
                              3  Deposits             33,229.56       3   Checks              4,827.72
                              0  Interest Postings         0.00      12   Adjustments Out       468.84
                                                                      0   Transfers Out           0.00
                                 Subtotal        $   33,229.56
                                                                          Total           $    5,296.56
                              0  Adjustments In           0.00
                              0  Transfers In             0.00

                                 Total           $   33,229.56
```

/s/ GINA B. KROL

Trustee's Signature: _____  Date: 09/20/16
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 20, 2016 |
|---|---|---|---|---|---|---|

Case Number: 15-26857  
Debtor Name: J&J METAL PROCESSING, INC.,  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $4,079.75 | $4,079.75 |
| ADMIN 2<br>001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $3,243.96 | $3,243.96 |
| ADMIN 3<br>001<br>3610-00 | THOMAS MOWERY<br>AMERICAN AUCTION<br>ASSOCIATES<br>460 IMEN DRIVE<br>ADDISON, IL 60101 | Administrative | | $0.00 | $3,811.76 | $3,811.76 |
| 000001<br>070<br>7100-00 | Nordic Company<br>4390 Gibsonia Rd<br>Gibsonia, PA 15044 | Unsecured | | $0.00 | $690.56 | $690.56 |
| 000002<br>070<br>7100-00 | Ball Bushing Warehouse, LLC<br>P.O. Box 425<br>Collinsville, CT 06022 | Unsecured | | $0.00 | $85.93 | $85.93 |
| 000003<br>070<br>7100-00 | The Stainless Corporation<br>Eric W. Reecher, Esq.<br>110 Piedmont Ave., Suite 300<br>Bristol, VA 24201 | Unsecured | | $0.00 | $111,859.68 | $111,859.68 |
| 000004<br>070<br>7100-00 | Miller Industrial<br>621 E. Devon Avenue<br>Elk Grove Village IL 60007 | Unsecured | | $0.00 | $314.05 | $314.05 |
| 000005<br>070<br>7100-00 | TRAI-COR Processing, Inc.<br>4809 Tod Ave.<br>East Chicago, IN 46312 | Unsecured | | $0.00 | $4,029.00 | $4,029.00 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $15.96 | $15.96 |
| | Case Totals: | | | $0.00 | $128,130.65 | $128,130.65 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-26857 DRC
Case Name: J&J METAL PROCESSING, INC.,
Trustee Name: GINA B. KROL

Balance on hand $ 27,933.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 4,072.96 | $ 0.00 | $ 4,072.96 |
| Trustee Expenses: GINA B. KROL | $ 6.79 | $ 0.00 | $ 6.79 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,159.00 | $ 0.00 | $ 3,159.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 84.96 | $ 0.00 | $ 84.96 |
| Auctioneer Fees: THOMAS MOWERY | $ 3,811.76 | $ 3,811.76 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 15.96 | $ 15.96 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ 7,323.71
Remaining Balance    $ 20,609.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 116,979.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordic Company<br>4390 Gibsonia Rd<br>Gibsonia, PA 15044 | $ 690.56 | $ 0.00 | $ 121.66 |
| 000002 | Ball Bushing Warehouse, LLC<br>P.O. Box 425<br>Collinsville, CT 06022 | $ 85.93 | $ 0.00 | $ 15.14 |
| 000003 | The Stainless Corporation<br>Eric W. Reecher, Esq.<br>110 Piedmont Ave., Suite 300<br>Bristol, VA 24201 | $ 111,859.68 | $ 0.00 | $ 19,707.33 |
| 000004 | Miller Industrial<br>621 E. Devon Avenue<br>Elk Grove Village IL 60007 | $ 314.05 | $ 0.00 | $ 55.33 |
| 000005 | TRAI-COR Processing, Inc.<br>4809 Tod Ave.<br>East Chicago, IN 46312 | $ 4,029.00 | $ 0.00 | $ 709.83 |

Total to be paid to timely general unsecured creditors     $ 20,609.29

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE