IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF: | ) | IN CHAPTER 7 |
|---|---|---|
| | ) | |
| **J&J Metal Processing, Inc.** | ) | No. 15 B 26857 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on October 24, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                             BY:/s/ Gina B. Krol
                                                              Ch 7 Bankruptcy Trustee

Service List:

Nordic Company
4390 Gibsonia Road
Gibsonia, PA   15044

Ball Bushing Warehouse, LLC
P.O. Box 425
Collinsville, CT   06022

The Stainless Corporation
Eric W. Reecher, Esq.
110 Piedmont Avenue, Ste 300
Bristol, VA   24201

Miller Industrial
621 E. Devon Avenue
Elk Grove Village, IL   60007

TRAI-COR Processing, Inc.
4809 Tod Avenue
East Chicago, IN   46312

James Schelli, Jr.
jschelli@wslaw1.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov