# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
J&J METAL PROCESSING, INC., § Case No. 15-26857 DRC
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 7,000.00                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 20,609.29   Claims Discharged
                                              Without Payment: 379,460.17

Total Expenses of Administration: 12,620.27

3) Total gross receipts of $ 33,229.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 33,229.56 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,432.03 | 16,432.03 | 12,620.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 397,253.18 | 116,979.22 | 116,979.22 | 20,609.29 |
| **TOTAL DISBURSEMENTS** | $ 397,253.18 | $ 133,411.25 | $ 133,411.25 | $ 33,229.56 |

　　　4) This case was originally filed under chapter 7 on 08/06/2015. The case was pending for 17 months.

　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　Dated: 12/13/2016　　　　　　By: /s/GINA B. KROL
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MB Financial Checking Account | 1129-000 | 11,727.47 |
| Chase Checking | 1129-000 | 2,199.59 |
| OFFICE EQUIPMENT | 1129-000 | 535.00 |
| Fork Lift | 1129-000 | 3,000.00 |
| MACHINERY | 1129-000 | 15,767.50 |
| **TOTAL GROSS RECEIPTS** | | **$33,229.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 4,072.96 | 4,072.96 | 4,072.96 |
| GINA KROL | 2200-000 | NA | 6.79 | 6.79 | 6.79 |
| ADAMS-LEVINE | 2300-000 | NA | 15.96 | 15.96 | 15.96 |
| GREENLEAF 940 SRG, LLC | 2410-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| ASSOCIATED BANK | 2600-000 | NA | 468.84 | 468.84 | 468.84 |
| COHEN & KROL | 3110-000 | NA | 2,106.01 | 2,106.01 | 2,106.01 |
| GINA KROL | 3110-000 | NA | 1,052.99 | 1,052.99 | 1,052.99 |
| COHEN & KROL | 3120-000 | NA | 84.96 | 84.96 | 84.96 |
| THOMAS MOWERY | 3610-000 | NA | 3,811.76 | 3,811.76 | 0.00 |
| TOM MOWERY | 3620-000 | NA | 3,811.76 | 3,811.76 | 3,811.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 16,432.03 | $ 16,432.03 | $ 12,620.27 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T<br>P.O. Box 5080<br>Carol Stream, IL  60197 | | 220.83 | NA | NA | 0.00 |
| | All State Staple Co<br>201 Scott Street<br>Elk Grove Village, IL  60007 | | 219.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Basic Enterprises, Inc.<br>2567 Greenleaf Avenue<br>Elk Grove Village, IL  60007 | | 3,025.00 | NA | NA | 0.00 |
| | Beck's Light Guage<br>1425 Tonne Road<br>Elk Grove Village, IL  60007 | | 55.00 | NA | NA | 0.00 |
| | CWA Accounting<br>8301 Cass Avenue<br>Ste 203<br>Darien, IL  60561 | | 600.00 | NA | NA | 0.00 |
| | Chicago Pallet Service<br>1875 Greenleaf Avenue<br>Elk Grove Village, IL  60007 | | 691.43 | NA | NA | 0.00 |
| | Clingan Streel<br>2525 Arthur Avenue<br>Elk Grove Village, IL  60007 | | 1,670.00 | NA | NA | 0.00 |
| | ComEd<br>P.O. Box 6111<br>Carol Stream, IL  60197 | | 604.53 | NA | NA | 0.00 |
| | Expedited Transport<br>200 Vestavia Parkway<br>Ste 1200<br>Birmingham, AL  35216 | | 1,367.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Falcon Express<br>P.O. Box 276<br>Oak Forest, IL  60452 | | 285.68 | NA | NA | 0.00 |
| | Fed Ex Express<br>P.O. Box 94515<br>Palatine, IL  60094 | | 116.75 | NA | NA | 0.00 |
| | FedEx<br>Dept CH<br>P.O. Box 10306<br>Palatine, IL  60055 | | 201.06 | NA | NA | 0.00 |
| | Greenleaf 940 SRG LLC<br>9525 W Bryan Mawr Avenue<br>Des Plaines, IL  60018 | | 57,945.70 | NA | NA | 0.00 |
| | Harleysville Insurance<br>Processing Center<br>P.O. Box 37712<br>Philadelphia, PA  19101 | | 1,937.60 | NA | NA | 0.00 |
| | Illinois Material Handling<br>2588 Solutions Center<br>Chicago, IL  60677 | | 825.90 | NA | NA | 0.00 |
| | Indiana Strip Steel & Consult<br>c/o Euler Hermes Collections<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD  21117 | | 4,089.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Industra-Sharp, Inc. 107 E Juliette Thornton, IL 60476 | | 849.20 | NA | NA | 0.00 |
| | Industrial Machinery 9212 Cherry Street Franklin Park, IL 60131 | | 450.00 | NA | NA | 0.00 |
| | JRC 3423 Howard Skokie, IL 60076 | | 2,265.00 | NA | NA | 0.00 |
| | Nicor Gas P.O. Box 5407 Carol Stream, IL 60197 | | 1,146.56 | NA | NA | 0.00 |
| | Office Depot P.O. Box 88040 Chicago, IL 60680 | | 0.00 | NA | NA | 0.00 |
| | Real Link, Inc. P.O. Box 840527 Dallas, TX 75284 | | 1,241.91 | NA | NA | 0.00 |
| | Related Products Inc. P.O. Box 812 Bensenville, IL 60106 | | 393.12 | NA | NA | 0.00 |
| | Rent Rite 1260 Higgins Road Elk Grove Village, IL 60007 | | 276.09 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Republic Services<br>P.O. Box 9001154<br>Louisville, KY 40290 | | 410.39 | NA | NA | 0.00 |
| | Roadco<br>FBO Roadco Trans Service<br>P.O. Box 87618<br>Cicero, IL 60804 | | 5,150.00 | NA | NA | 0.00 |
| | Super Roco Steel<br>323 St. Paul Blvd.<br>Carol Stream, IL 60188 | | 753.63 | NA | NA | 0.00 |
| | Tandem MEtals<br>P.O. Box 130<br>Monee, IL 60449 | | 9,141.13 | NA | NA | 0.00 |
| | The Hartford<br>P.O. Box 660916<br>Dallas, TX 75266 | | 1,228.00 | NA | NA | 0.00 |
| | Tri State Propane Exchange<br>P.O. Box 430<br>Minooka, IL 60447 | | 138.00 | NA | NA | 0.00 |
| | UniProducts<br>7223 S Route 83<br>PMB 304<br>Willowbrook, IL 60527 | | 175,910.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UniProducts 7223 S Route 83 PMB 304 Willowbrook, IL 60527 | | 8,627.95 | NA | NA | 0.00 |
| | Village of Elk Grove Village 901 Wellington Avenue Elk Grove Village, IL 60007 | | 132.12 | NA | NA | 0.00 |
| | Weimer Bearing 2240 Elmhurst Road Elk Grove Village, IL 60007 | | 28.01 | NA | NA | 0.00 |
| | Xact Wire N8W22399 Johnson Drive Waukesha, WI 53186 | | 1,093.50 | NA | NA | 0.00 |
| 000002 | BALL BUSHING WAREHOUSE, LLC | 7100-000 | 85.93 | 85.93 | 85.93 | 15.14 |
| 000004 | MILLER INDUSTRIAL | 7100-000 | 212.13 | 314.05 | 314.05 | 55.33 |
| 000001 | NORDIC COMPANY | 7100-000 | 690.56 | 690.56 | 690.56 | 121.66 |
| 000003 | THE STAINLESS CORPORATION | 7100-000 | 109,145.32 | 111,859.68 | 111,859.68 | 19,707.33 |
| 000005 | TRAI-COR PROCESSING, INC. | 7100-000 | 4,029.00 | 4,029.00 | 4,029.00 | 709.83 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 397,253.18 | $ 116,979.22 | $ 116,979.22 | $ 20,609.29 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-26857 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | J&J METAL PROCESSING, INC., | Date Filed (f) or Converted (c): | 08/06/15 (f) |
| | | 341(a) Meeting Date: | 09/01/15 |
| For Period Ending: | 12/13/16 | Claims Bar Date: | 11/18/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MB Financial Checking Account | 6,000.00 | 11,727.47 | | 11,727.47 | FA |
| 2. Chase Checking | 2,000.00 | 2,000.00 | | 2,199.59 | FA |
| 3. Security Deposit | Unknown | 0.00 | | 0.00 | FA |
| 4. A/R | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT | 1,000.00 | 535.00 | | 535.00 | FA |
| 6. Fork Lift | 2,000.00 | 3,000.00 | | 3,000.00 | FA |
| 7. MACHINERY 18 inch slitting line, 36 inch slitting ine, 18,000 lb floor scale & mis supplies | 50,000.00 | 15,767.50 | | 15,767.50 | FA |
| TOTALS (Excluding Unknown Values) | $68,000.00 | $40,029.97 | | $33,229.56 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

sent TFR to US Tee for review September 22, 2016, 09:29 am

Trustee is reviewing records for preferences and fraudulent conveyances
Trustee requested a/r back up and balance in bank account.
Trustee sold personal property.
October 08, 2015, 03:18 pm

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-26857 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | J&J METAL PROCESSING, INC., | Date Filed (f) or Converted (c): 08/06/15 (f) |
| | | 341(a) Meeting Date: 09/01/15 |
| | | Claims Bar Date: 11/18/15 |

/s/  GINA B. KROL
_____ Date: 12/13/16
GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-26857 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | J&J METAL PROCESSING, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7798 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9714 | | | |
| For Period Ending: | 12/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/15 | 1 | MB Financial Bank<br>800 W. Madison Street<br>Chicago, IL 60607 | Checking Account | 1129-000 | 11,727.47 | | 11,727.47 |
| 10/01/15 | 5, 6, 7 | American Auction Associates, Inc.<br>508 W. Brittany Drive<br>Arlington Heights, IL 60004 | Auction Proceeds | 1129-000 | 19,302.50 | | 31,029.97 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 31,019.97 |
| 10/15/15 | 030001 | Greenleaf 940 SRG, LLC<br>c/o Gerald B. Lurie<br>203 N. LaSalle Street<br>15th Floor<br>Chicago, IL 60601 | Post Petition Rent | 2410-000 | | 1,000.00 | 30,019.97 |
| 11/04/15 | 030002 | Tom Mowery<br>AMERICAN AUCTION ASSOCIATES<br>460 Irmen Drive<br>Addison, IL 60101 | Auctioneer's Expenses | 3620-000 | | 3,811.76 | 26,208.21 |
| 11/05/15 | 2 | J & J Metal Processing Inc. | Close Chase Account | 1129-000 | 2,199.59 | | 28,407.80 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.82 | 28,361.98 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.85 | 28,320.13 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.10 | 28,278.03 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.04 | 28,235.99 |
| 02/18/16 | 030003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 15.96 | 28,220.03 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.26 | 28,180.77 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.90 | 28,138.87 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.49 | 28,098.38 |

Page Subtotals  33,229.56  5,131.18

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-26857 -DRC | |
| Case Name: | J&J METAL PROCESSING, INC., | |
| Taxpayer ID No: | *******9714 | |
| For Period Ending: | 12/13/16 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******7798  Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.77 | 28,056.61 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.37 | 28,016.24 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.65 | 27,974.59 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.59 | 27,933.00 |
| 11/18/16 | 030004 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | 4,079.75 | 23,853.25 |
| | | | Fees            4,072.96 | 2100-000 | | | |
| | | | Expenses           6.79 | 2200-000 | | | |
| 11/18/16 | 030005 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3110-000 | | 1,052.99 | 22,800.26 |
| 11/18/16 | 030006 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | 2,190.97 | 20,609.29 |
| | | | Fees            2,106.01 | 3110-000 | | | |
| | | | Expenses          84.96 | 3120-000 | | | |
| 11/18/16 | 030007 | Nordic Company<br>4390 Gibsonia Rd<br>Gibsonia, PA 15044 | Final Distribution | 7100-000 | | 121.66 | 20,487.63 |
| 11/18/16 | 030008 | Ball Bushing Warehouse, LLC<br>P.O. Box 425<br>Collinsville, CT 06022 | Final Distribution | 7100-000 | | 15.14 | 20,472.49 |
| 11/18/16 | 030009 | The Stainless Corporation<br>Eric W. Reecher, Esq. | Final Distribution | 7100-000 | | 19,707.33 | 765.16 |

Page Subtotals          0.00         27,333.22

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-26857 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | J&J METAL PROCESSING, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7798 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9714 | | |
| For Period Ending: | 12/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/16 | 030010 | 110 Piedmont Ave., Suite 300<br>Bristol, VA 24201<br>Miller Industrial | Final Distribution | 7100-000 | | 55.33 | 709.83 |
| 11/18/16 | 030011 | 621 E. Devon Avenue<br>Elk Grove Village IL 60007<br>TRAI-COR Processing, Inc.<br>4809 Tod Ave.<br>East Chicago, IN 46312 | Final Distribution | 7100-000 | | 709.83 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 33,229.56 | 33,229.56 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 33,229.56 | 33,229.56 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 33,229.56 | 33,229.56 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******7798 | 33,229.56 | 33,229.56 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 33,229.56 | 33,229.56 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 765.16

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)